UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on December 2, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michael F Dougherty

| | |
|---|---|
| Case No.: | 13-16492 |
| Hearing Date: | |
| Judge: | Altenburg |
| Chapter: | 7 |

# ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 2, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

      The Court having determined that the final decree was entered prematurely in this case on _____11/16/2016_____ and should be vacated for the reason stated below:

☑    Debtor has not yet been discharged

❏    Adversary Proceeding number _____ is pending

❏    Other: _____
           _____
           _____

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*