UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on December 2, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br>Michael F Dougherty | Case No.: 13-16492 |
| | Hearing Date: |
| | Judge: Altenburg |
| | Chapter: 7 |

# ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 2, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having determined that the final decree was entered prematurely in this case on _____11/16/2016_____ and should be vacated for the reason stated below:

- ☑ Debtor has not yet been discharged

- ❏ Adversary Proceeding number _____ is pending

- ❏ Other: _____
  _____
  _____

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                        Case No. 13-16492-ABA
Michael F Dougherty                                           Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                 Page 1 of 1              Date Rcvd: Dec 02, 2016
                              Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2016.
db             +Michael F Dougherty,    908 Whitman Dr.,    Turnersville, NJ 08012-1335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2016 at the address(es) listed below:
              Andrew Sklar    andy@sklarlaw.com,
               NJ43@ecfcbis.com;dolores@sklarlaw.com;sklar@remote7solutions.com
              Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel Balboa    ecfmail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor    Bank of America, N.A. cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Bayview Loan Servicing, LLC cmecf@sternlav.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Nona Ostrove    on behalf of Debtor Michael F Dougherty nostrove@ostrovelaw.com
              Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for
               Fannie Mae, as owner and holder of account/contract originated by Equihome Mortgage Corp.
               dnj@pbslaw.org
              William E. Craig    on behalf of Creditor    Ford Motor Credit Company, LLC
               mortonlaw.bcraig@verizon.net
                                                                                               TOTAL: 11